IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MUHAMMAD KHAN**                                                                    **PLAINTIFF**

v.                              No. 3:21-cv-236-DPM

**GREENBRIER COMPANIES, INC.**
**and GREENBRIER CENTRAL, LLC**                              **DEFENDANTS**

## ORDER

There's been no activity on the docket for more than 180 days. The Court assumes the parties are making progress pursuant to the Final Scheduling Order. But if the case is not on track, file a short joint report explaining any problem by 7 November 2022.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2022