IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUHAMMAD KHAN,                                                PLAINTIFF
an individual

v.                      No. 3:21-cv-236-DPM

GREENBRIER COMPANIES, INC.,
an Oregon Corporation and
GREENBRIER CENTRAL LLC, an
Oregon Limited Liability Company                      DEFENDANTS

## ORDER

Defendants' status report, *Doc. 18*, appreciated. The Court cautions Khan: He must respond to the pending discovery, and make himself available for deposition, now. If he does not, he risks sanctions—including dismissal of his case for failure to prosecute. Local Rule 5.5 (c)(2). Status report (joint or separate) due by 20 January 2023.

The Court directs the Clerk to send Khan a copy of this Order by regular mail and by registered mail, return receipt required.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2022