IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUHAMMAD KHAN,                                                                  PLAINTIFF
an individual

v.                                      No. 3:21-cv-236-DPM

GREENBRIER COMPANIES, INC.,
an Oregon Corporation and
GREENBRIER CENTRAL LLC,
an Oregon Limited Liability Company                                     DEFENDANTS

ORDER

Defendants' status report, *Doc. 22*, appreciated.  In mid-December 2022, the Court ordered Khan to participate in discovery and warned him that his continued failure to do so could result in his complaint being dismissed without prejudice.  *Doc. 19*.  To date, he has not complied with the Court's Order;  and his mail has been returned as undeliverable.  Khan's complaint will therefore be dismissed without prejudice for failure to prosecute.  LOCAL RULE 5.5 (c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2023