# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MUHAMMAD KHAN,**                                              **PLAINTIFF**
an individual

v.                                    No. 3:21-cv-236-DPM

**GREENBRIER COMPANIES, INC.,**
an Oregon Corporation and
**GREENBRIER CENTRAL LLC, an**
**Oregon Limited Liability Company**                          **DEFENDANTS**

## JUDGMENT

Khan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2023